IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACUSETTS

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>*Plaintiff,*<br><br>vs.<br><br>KYMBERLY KEY-NESMITH, ET AL.,<br><br>*Defendant*s. | Docket No. 1:21-cv-10308-RGS |

NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for defendant Kymberly Key-Nesmith.

I certify that I am admitted to practice in this court.

                                                    Respectfully submitted,

                                                    */s/ Christine R. Fitzgerald*
                                                    Christine R. Fitzgerald (BBO 637906)
                                                    Belcher Fitzgerald LLP
                                                    Two Oliver Street, Suite 302
                                                    Boston, Massachusetts 02110
                                                    (617) 368-6890
                                                    cfitzgerald@belcherfitzgerald.com

Dated:  March 22, 2021

CERTIFICATE OF SERVICE

     I hereby certify that on March 22, 2021, I electronically filed the foregoing with the Clerk for the United States District Court for the District of Massachusetts by using the CM/ECF system. I certify that all participants having appeared in this case to date are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                    */s/ Christine R. Fitzgerald*
                                                    Christine R. Fitzgerald